NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2006-5119

JOHN DOE,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

John Doe, pro se.

Gregory T. Jaeger, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for defendant-appellee. With him on the brief were Peter D. Keisler, Assistant Attorney General, David M. Cohen, Director, and Kathryn A. Bleecker, Assistant Director.

Appealed from: United States Court of Federal Claims

Judge Susan G. Braden

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2006-5119


JOHN DOE,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.


_____

DECIDED:   April 5, 2007
_____


Before MAYER, RADER and PROST, Circuit Judges.

PER CURIAM.

John Doe appeals the judgment of the United States Court of Federal Claims denying his claims for relief from a final decision of the United States Air Force to retire him because of medical disability.  Doe v. United States, 66 Fed. Cl. 165.  We affirm on the basis of the trial court's opinion.